UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADMIntermare, a division of ADM
INTERNATIONAL, SARL,

                              Plaintiff,

                -v-

KAMCA TRADING SA and
GLENCORE LTD.,

                              Defendants.

20-CV-1223 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

As ordered during the telephone conference held on July 21, 2021, the stay of discovery in this case is lifted with respect to Defendant Kamca.  ADM and Kamca shall confer regarding discovery and shall file a joint letter by August 18, 2021, setting forth a joint discovery proposal or stating each party's position on the nature and timing of discovery.

Upon reconsideration of ADM's motion (Dkt. No. 50) for leave to file a supplemental response to Glencore's motion to dismiss, the Court GRANTS the motion, and the document at Docket Number 50-1 is hereby deemed filed as ADM's response.  Glencore may file a reply in support of its motion to dismiss by August 6, 2021.

SO ORDERED.

Dated: July 21, 2021
       New York, New York

_____
            J. PAUL OETKEN
       United States District Judge