**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ADMINTERMARE,

                        Plaintiff,

      -against-                                       20 **CIVIL** 1223 (JPO)

                                                               **JUDGMENT**

KAMCA TRADING S.A., et al.,

                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 22, 2022, Kamca's and Glencore's motions to dismiss are GRANTED. The letter motion at Docket Number 88 is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York

       March 22, 2022

                                                             **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                                   **BY:**       *K. Mango*

                                                               **Deputy Clerk**